AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 2:20-mj-831 |
| | ) | |
| Alex Joseph ("AJ") ALLEN | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___January 2020 to December 2020___ in the county of ___Franklin___ in the ___Southern___ District of ___Ohio___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to knowingly or intentionally manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense, a controlled substance, to wit: methamphetamine, heroin, cocaine, and fentanyl, in violation of Title 21 U.S.C. §§ 841(a)(1). |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

ROBERT KUKOVEC  Digitally signed by ROBERT KUKOVEC
Date: 2020.12.07 12:14:12 -05'00'

*Complainant's signature*

Robert Kukovec, Special Agent (HSI)

*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___December 7, 2020___

City and state: ___Columbus, Ohio___

Kimberly A. Jolson
United States Magistrate Judge

## AFFIDAVIT IN SUPPORT OF ARREST WARRANT

I, **Robert Kukovec**, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the United States Department of Homeland Security
(DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI).  I
have been employed as a Special Agent since April 2002, and I am currently assigned to the HSI
office in Columbus, Ohio.  I am a "federal law enforcement officer" within the meaning of Federal
Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the
criminal laws and duly authorized by the Attorney General to request a search warrant.  I am
currently assigned to a multi-jurisdictional narcotics task force in the central Ohio area, and I am
cross-designated to investigate violations of Title 21 of the United States Code.  Prior to my
employment with HSI (and formally legacy U.S. Customs), I was employed as a police officer in
the state of Ohio for approximately 8.5 years.  My responsibilities and duties include the
investigation and enforcement of federal laws and regulations related to customs and immigration
violations, including but not limited to narcotics, financial crimes, fraud, and violations of the
Immigration and Nationality Act.

2.      The information set forth in this affidavit is based upon my knowledge, training,
experience, and participation in investigations involving the smuggling, possession, distribution,
and storage of narcotics and narcotics proceeds.  This information is also based on the knowledge,
training, experience, and investigations conducted by fellow law enforcement officers, which have
reported to me either directly or indirectly.  I believe this information to be true and reliable.  I
know it is a violation of 21 U.S.C. § 846 for any person to conspire to knowingly or intentionally

manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense, a controlled substance.

## **PROBABLE CAUSE**

3.     In December 2019, HSI Columbus, the Delaware County Drug Task Force (DCDTF), and the Columbus Police Department (CPD) developed information from a cooperating source in reference to "Ark" (later identified as David Deshawn WHITE) and "Kee-Kee" (later identified as Misha Chay WEST) being involved in drug trafficking in the central Ohio area.  Both WHITE and WEST were distributing various types of narcotics and operating multiple "drug houses" throughout the south and west end of Columbus.  CPD was previously familiar with WHITE as a known drug dealer and gang member ("Bloods") in the Columbus, Ohio area. WHITE and WEST are in a relationship together, and WHITE was just released from prison in April 2020 serving a sentence through the state of Ohio for involuntary manslaughter, aggravated robbery, carrying a concealed weapon, and having a weapon under disability.  Several members of this drug trafficking organization (DTO) have been identified through various means, such as physical surveillance, analysis of phone numbers/tolls, pen registers/phone pings, trash pulls, and the use of cooperating defendants and confidential sources.  HSI Columbus and the DCDTF have also conducted controlled purchases of narcotics from this DTO as well as conducted drug interdiction traffic stops throughout the course of this investigation.

4.     During this investigation, HSI Columbus and the DCDTF have identified WHITE and WEST as the leaders of this DTO.  Records checks on WHITE revealed a criminal history for numerous charges related to felony drug possession, various weapons charges, aggravated robbery, involuntary manslaughter, domestic violence, assault, and parole violations.  Record checks on WEST revealed a criminal history for several charges related to felony drug possession.  Based on

2

numerous surveillances as well as information developed from confidential sources, investigators also identified several subjects (known drug users) working for WHITE and WEST, operating their various drug houses, and selling their narcotics. These subjects were identified as Brian Keith RAY, Wesley Steven PHILLIPS, and Alex Joseph ("AJ") ALLEN. All three of these co-conspirators also have various felony arrests/convictions according to their criminal histories.

5.     WHITE and WEST would either meet with these co-conspirators operating the drug houses along the S. High Street area of Columbus, Ohio or they would actually travel to the particular drug house to meet with the co-conspirators. During numerous surveillances, investigators noticed that once the operator of the drug house would meet with WHITE or WEST, the drug house operator would return to the known drug house and several vehicles and unknown subjects would immediately begin to arrive at the drug house and only stay for a short periods of time. These quick, short meets were indicative of drug transactions taking place based on your affiant's training and experience. This information was also corroborated by confidential sources developed during this investigation.

6.     In January 2020, during the course of this investigation and through the use of cooperating sources, it was discovered that WEST was operating and/or supplying several drug houses in the "Hilltop" area of Columbus, Ohio, including 318 S. Wayne Avenue and 156 S. Richardson Avenue.

7.     On January 28, 2020, investigators conducted a controlled buy of 15.96 grams of crystal methamphetamine (based on lab results) at 318 S. Wayne Avenue in Columbus, Ohio utilizing a confidential informant (CI#1). Purity analysis on the seized methamphetamine later was determined to be 99.1% pure. CI#1 contacted WEST to set up the deal and WEST advised CI#1 to go to the 318 S. Wayne Avenue address to conduct the transaction with the occupants

there. While surveillance units were watching 318 S. Wayne Avenue, they also observed another vehicle from Licking County, Ohio stop there briefly and leave. This information was passed along to a drug task force in Licking County who were able to locate the vehicle upon its return to their area and a marked police cruiser stopped the vehicle for several traffic violations near Granville, Ohio. The traffic stop resulted in the discovery and seizure of approximately two (2) ounces of crystal methamphetamine (56.876 grams based on lab weight). The occupants in the vehicle cooperated and advised that they actually purchased the narcotics at 156 S. Richardson Avenue in Columbus, Ohio.

8.      On January 29, 2020, surveillance was conducted on 156 S. Richardson Avenue in Columbus, Ohio. Surveillance units observed a lot of activity and foot traffic in and out of the house staying for only brief amounts of time, indicative of narcotics trafficking. One vehicle was observed stopping there, going inside, and then leaving quickly thereafter. The vehicle was eventually stopped by a marked police cruiser for a traffic violation after leaving the residence. The traffic stop resulted in the discovery and seizure of a small quantity of narcotics (less than one gram) packaged in several "bindles" suspected of being both crystal methamphetamine and heroin or fentanyl.

9.      On February 3, 2020, investigators conducted another controlled buy of 14.07 grams of crystal methamphetamine (based on lab results) in Delaware County, Ohio utilizing CI#1. CI#1 contacted WEST to set up the deal and WEST sent a third party to conduct the transaction with the CI#1. Purity analysis on the seized methamphetamine later was determined to be 99.1% pure.

10.     On February 13, 2020, investigators executed two State of Ohio search warrants at 318 S. Wayne Avenue in Columbus, Ohio and 156 S. Richardson Avenue in Columbus, Ohio.

4

Both residences appeared to be typical drug houses and multiple drug addicts were located inside each residence "squatting" there or helping with the packaging and selling of various narcotics. A search of 318 S. Wayne Avenue resulted in the discovery and seizure (based on lab results) of 23.75 grams of methamphetamine (32.3% purity), 0.20 grams of a substance containing a mixture of heroin and fentanyl, and 0.24 grams of a substance containing a mixture of methamphetamine, cocaine, heroin, and fentanyl. A search of 156 S. Richardson Avenue resulted in the discovery and seizure (based on lab results) of 10.10 grams of cocaine, 0.26 grams of fentanyl, 9.37 grams of a substance containing a mixture of heroin and fentanyl, 17 capsules of amphetamines (referenced strength: 20mg), and 24 packets of Buprenorphine (referenced strength: 8mg/2mg). There was also numerous drug paraphernalia (including both used and new syringes), drug packaging, digital scales, drug ledgers, and boxes of Narcan located at both search warrant locations.

11.    On March 26, 2020, investigators received information from another confidential informant (CI#2) that WEST was utilizing RAY as the subject in charge of running WEST's drug houses in Columbus, Ohio by delivering WEST's narcotics to the locations and then collecting the narcotics proceeds from the locations on behalf of WEST. RAY resided at 830 S. Harris Avenue in Columbus, Ohio. The possible new drug houses were also identified by investigators as being located at 2221 Safford Avenue, 1611 E. Fulton Avenue, 96 N. Hague Avenue, and 860 Greenfield Drive (all in Columbus, Ohio). Surveillances of WEST and WHITE by investigators have observed them meeting multiple times with RAY during this investigation. After the meetings with WEST and/or WHITE, RAY was observed going to the 860 Greenfield Drive address. Once RAY arrived in the area, he was immediately observed meeting with several unknown subjects who were waiting on him. RAY would meet with the unknown subjects for short periods of time

and exchanges were observed being made between RAY and the unknown subjects before they parted ways from each other. RAY was also observed conducting what appeared to be narcotics transactions from his vehicle on various side streets around the west side of Columbus, Ohio.

12. On March 27, 2020, investigators received information from another confidential informant (CI#3) from this investigation identifying a heavy-set Hispanic female only known by the name of "Marcella" as the heroin source of supply for WEST and WHITE. This Hispanic female was identified by investigators as residing at 1213 Westdale Drive in Galloway, Ohio with another unknown Hispanic male and at least two (2) younger children. Photographs of "Marcella" for identification purposes are as follows:

 

13. On April 7, 2020, investigators conducted a controlled buy of approximately a half ounce (11.93 grams based on lab weight) of heroin for $500 from Hispanic female "Marcella" in Columbus, Ohio utilizing CI#3.

14. On April 15, 2020, investigators conducted another controlled buy of approximately an ounce (25.17 grams based on lab weight) of heroin for $1,000 from Hispanic

female "Marcella" in Columbus, Ohio utilizing CI#3. "Marcella" had a small toddler with her during this narcotics transaction.

15.     On April 16, 2020, investigators conducted surveillance on RAY at his residence located at 830 S. Harris Avenue in Columbus, Ohio. RAY was observed leaving his residence in his vehicle and met with WEST on Steward Street on the south side of Columbus. WEST's cellular phone was also pinging in the same area based on GPS phone ping information. After the meet, RAY was followed by surveillance units to the area of 96 N. Hague Avenue in Columbus, Ohio, another known drug house operated by WEST and WHITE.

16.     On April 20, 2020, investigators set up surveillance at one of WEST's drug houses located at 2221 Safford Avenue in Columbus, Ohio. RAY was at the residence at the time and WEST was observed in the area of the drug house as well. Shortly after WEST's vehicle left the area of the drug house, surveillance units observed a vehicle from Madison County, Ohio with two white females arrive at the drug house. This vehicle left the area a short time later and was stopped by a marked police cruiser for a traffic violation near West Jefferson, Ohio in Madison County. The traffic stop resulted in the discovery and seizure of a small amount of fentanyl (less than a gram) packaged in several "bindles." The female passenger in the vehicle agreed to speak with investigators and advised she obtained the seized narcotics from WEST, and that she also worked for WEST occasionally. The passenger stated she was paid by WEST to follow RAY the other day (April 16, 2020) to a drug house (96 N. Hague Avenue) after RAY picked up the narcotics from WEST. She advised that when RAY would meet with WEST, he typically would pick up a lot of narcotics to deliver to the various drug houses. The female passenger also stated that WEST worked with WHITE, and that they moved a lot of narcotics and money together. The female also

advised WEST was smart about renting various properties to use for drug houses and having others work for her to minimize her risk.

17.     On April 23, 2020, investigators observed WEST and RAY meet again in the south end of Columbus, Ohio.  After the meeting, surveillance units followed RAY to 860 Greenfield Drive in Columbus, Ohio, another known drug house operated by WEST and WHITE. Investigators instantly began to observe several unknown subjects coming and going from the apartment and only staying for short periods of time, indicative of drug trafficking based on your affiant's training and experience.

18.     On April 28, 2020, investigators conducted another controlled buy of approximately an ounce (24.50 grams based on lab weight) of heroin for $1,000 from Hispanic female "Marcella" in Columbus, Ohio utilizing CI#3. CI#3 also attempted to purchase an ounce of crystal methamphetamine along with the heroin, but "Marcella" advised they were out of crystal methamphetamine at the time.  The unknown Hispanic male that resided with "Marcella" drove her to the narcotics transaction, and they had a small toddler with them again.

19.     On April 29, 2020, electronic surveillance indicated WEST met with Hispanic female "Marcella," the heroin source of supply, in the parking lot of the Lowe's home improvement store on the south side of Columbus, Ohio.  Security video from Lowe's later confirmed this meeting between the two of them.

20.     On April 30, 2020, investigators conducted surveillance on WEST and observed her picking up WHITE near RAY's residence located at 830 S. Harris Avenue in Columbus, Ohio. Pen register data also indicated WEST was communicating with Hispanic female "Marcella" that day.  Surveillance units and electronic surveillance then confirmed WEST and WHITE meeting

briefly with "Marcella" near the Tim Horton's restaurant by E. Livingston Avenue and Parsons Avenue in Columbus, Ohio.

21.     During this investigation on Hispanic female "Marcella" and the unknown Hispanic male residing with her, both subjects had been observed visiting 5478 Westcott Drive in Columbus, Ohio on a regular basis.  Checks of that address revealed a vehicle parked in the driveway registered to Francisco NAVARRO-MONTES, who had a nationwide arrest warrant issued for his arrest through the Illinois State Police for narcotics violations.  On May 13, 2020, further record checks and a copy of the police report from the Illinois State Police was received indicating NAVARRO-MONTES who was from Columbus, Ohio was stopped outside of Chicago, Illinois on May 16, 2016 in a rental vehicle that was rented in California and was scheduled to be returned to Columbus, Ohio.  During the traffic stop, the Illinois State Police discovered and seized approximately 20 kilograms of methamphetamine hidden in the vehicle. "Marcella" was also driving a vehicle registered to Crisanta MONTES-RAMIREZ at 5478 Westcott Drive.  Phone records and pen register data revealed numerous calls between "Marcella" and MONTES-RAMIREZ on a regular basis, and surveillances revealed them also meeting frequently during the past six months.

22.     On May 18, 2020, investigators conducted surveillance at the residence of Hispanic female "Marcella" and the unknown Hispanic male at 1213 Westdale Drive in Galloway, Ohio and observed the unknown Hispanic male leave the residence by himself.  Surveillance units observed the unknown Hispanic male travel to several locations throughout the Columbus, Ohio area making brief stops indicative of conducting narcotics transactions before eventually returning home.

23.     On May 18, 2020, investigators also conducted surveillance on RAY and observed him meet with WHITE in the parking lot of AutoZone on the south side of Columbus, Ohio.  After meeting briefly with WHITE, surveillance units followed RAY to the area of 860 Greenfield Drive in Columbus, Ohio, a known drug house operated by WEST and WHITE.  RAY was observed immediately meeting with numerous different vehicles and conducting what appeared to be hand to hand narcotics transactions.  RAY was then followed back to the area of his residence at 830 S. Harris Street in Columbus, Ohio, where he was observed once again meeting with several unknown vehicles in the neighborhood around his residence conducting what appeared to be additional narcotics transactions.

24.     On May 21, 2020, investigators conducted surveillance on WHITE and observed him travel to the Southpoint Apartments on the south side of Columbus, Ohio multiple times and meeting with several vehicles briefly.  Investigators maintained surveillance on one of the vehicles that met with WHITE after it departed the area and it was stopped by a marked police cruiser for a traffic violation.  The traffic stop resulted in the discovery and seizure of approximately seven (7) ounces of crystal methamphetamine (175.9577 grams based on lab weight).  The driver of the vehicle admitted knowledge of the narcotics in the vehicle and that he/she obtained them from WHITE.   The driver stated he/she typically met with WHITE to purchase crystal methamphetamine a couple times a week.  Purity analysis on the seized crystal methamphetamine later was determined to be 99.1% pure.

25.     On June 2, 2020, investigators conducted a trash pull at 5478 Westcott Drive in Columbus, Ohio where Hispanic female "Marcella" frequented on a regular basis along with the unknown Hispanic male residing with her.  Investigators went through the discarded trash and discovered the following: an envelope addressed to "Senora Cristina y Familia" at 5478 Westcott

Drive, a set of discharge instructions for a "Danna Lopez-Montes," several cut Ziplock baggies, several cut plastic shopping bags (cut into squares), multiple pieces of ripped or cut balloons, and a "Santa Muerte" candle. Based on your affiant's knowledge, training, and experience, organized Hispanic drug trafficking organizations use a drug packaging method utilizing cutting plastic shopping bags into squares for packaging brown powder and/or black tar heroin. In addition, cut or ripped balloons are also routinely used in the packaging process of brown powder and/or black tar heroin. This type of packaging technique was particularly utilized by Hispanic drug trafficking organizations.

26. On June 3, 2020, surveillance units observed WHITE meet with Hispanic female "Marcella," the heroin source of supply, in the parking lot of the Walmart store on the south side of Columbus, Ohio. Based on electronic surveillance, "Marcella" departed from the area of Westcott Drive prior to travelling to the Walmart to meet with WHITE. "Marcella" and WHITE parked next to each other in the parking lot, and "Marcella" was observed exiting her vehicle carrying a brown bag. Investigators observed "Marcella" walk to WHITE's vehicle and placed the brown bag in his vehicle and then returned to her vehicle. Both subjects then departed the area and "Marcella" returned to her residence at 1213 Westdale Drive in Galloway, Ohio while WHITE returned to his residence at the time. "Marcella" had two small children in the vehicle with her during this meet.

27. On June 9, 2020, surveillance units observed WEST meet with Hispanic female "Marcella," the heroin source of supply, in the parking lot of a McDonald's restaurant on the south side of Columbus, Ohio. "Marcella" was observed departing from the area of 5478 Westcott Drive in Columbus, Ohio prior to travelling to this meeting. After a brief exchange, both WEST and

"Marcella" departed the location and returned to their respective residences. "Marcella" had two small children with her again.

28.     On June 16, 2020, investigators began static electronic surveillance at 5478 Westcott Drive in Columbus, Ohio. Surveillance video showed Hispanic female "Marcella" and the unknown Hispanic male that resides with her both visit the residence at 5478 Westcott Drive on multiple occasions. The unknown Hispanic male visited the residence on several occasions after dark and appeared to leave carrying a bag after arriving empty handed. Electronic surveillance then showed the unknown Hispanic male return to the 1213 Westdale Drive address in Galloway, Ohio after leaving 5478 Westcott Drive.

29.     On June 17, 2020, a reliable confidential source advised investigators that RAY was no longer working for WEST and WHITE. The confidential source stated RAY was robbed of $1,100 dollars by the door man at 2221 Safford Avenue in Columbus, Ohio, another known drug house operated by WEST and WHITE. After the robbery, RAY was fired by WEST and WHITE. On June 18, 2020, investigators were able to identify two new males who were seen meeting with WEST on the west side of Columbus, Ohio. The two males were identified by the confidential source as Wesley Steven PHILLIPS and Alex Joseph ("AJ") ALLEN. The confidential source also advised that PHILLIPS was working out of the 860 Greenfield Drive drug house and that ALLEN was working out of the 2221 Safford Avenue drug house.

30.     On June 24, 2020, surveillance units observed WHITE meeting with PHILLIPS at a business on the south side of Columbus. After the meet, PHILLIPS was transported to 860 Greenfield Drive in Columbus, Ohio and was dropped off there by several unknown females in a silver Honda. Surveillance units that day also observed WHITE conduct what appeared to be a

hand to hand transaction in the parking lot of the Thrift Store on S. High Street on the south end of Columbus, Ohio.

31.     On June 26, 2020, surveillance units observed WEST meet with Hispanic female "Marcella," the heroin source of supply, in the parking lot of the Lowe's home improvement store on the south side of Columbus, Ohio.  After a brief exchange, both WEST and "Marcella" departed the location and returned to their respective residences.  "Marcella" had a small child with her again.

32.     On July 8, 2020, investigators conducted another controlled buy of approximately an ounce (25.30 grams based on lab weight) of heroin for $1,000 from Hispanic female "Marcella" in Columbus, Ohio utilizing CI#3.

33.     On July 10, 2020, surveillance of WHITE and WEST observed them meeting with PHILLIPS on the south end of Columbus, Ohio.  WHITE and WEST were also observed meeting with a silver BMW registered to Isaiah WEBBER from Delaware, Ohio.  Record checks revealed WEBBER had a crime stoppers tip on him in reference to him carrying large amounts of methamphetamine and hanging around the casino.

34.     On July 13, 2020, surveillance was conducted on WEBBER and he was observed meeting with a black male in the Walmart parking lot in Delaware, Ohio.  The black male was a passenger in a U-Haul truck with a white male driver.  The meeting only lasted a short period of time and the black male got out of the passenger's side of WEBBER's vehicle and got back into the passenger side of the U-Haul.  Surveillance units followed the U-Haul until a marked police cruiser could execute a traffic stop on the U-Haul for a traffic violation.  The traffic stop resulted in the discovery and seizure of approximately seven (7) grams of methamphetamine.

35.     On August 5, 2020, surveillance units observed WHITE meet with Hispanic female "Marcella," the heroin source of supply, in the parking lot of a Sunoco gas station on Lockbourne Road on the south side of Columbus, Ohio. Shortly after arriving at the gas station, both vehicles left the lot in tandem and turned on E. Markison Avenue. Both vehicles stopped in tandem on E. Markison Avenue and appeared to meet. After a brief meeting, both WHITE and "Marcella" departed the location.

36.     In August 2020, WEST was involved in a car accident in one of her vehicles that had a GPS tracker installed on it that resulted in WEST and WHITE discovering the vehicle tracker not only on that vehicle, but also on several of their other vehicles. This resulted in the immediate stoppage in the usage of their vehicles and WEST dropped her cellular phone that investigators had a pen register on at the time.

37.     In August 2020, investigators also developed another confidential informant (CI#4) who was purchasing crystal methamphetamine from WHITE on a regular basis over the past several months. CI#4 confirmed that WEST and WHITE were scared and paranoid after finding the vehicle trackers, and they were "laying low." CI#4 also advised they were still conducting drug transactions, but they were being extremely careful and were utilizing ride sharing services and taxis to transport them around central Ohio. CI#4 was also able to provide a new phone number for WHITE and advised that WHITE was utilizing that new number to conduct his drug trafficking activity. CI#4 advised WEST and WHITE were no longer utilizing the drug house at 860 Greenfield Drive in Columbus, Ohio, but were primarily just utilizing 69 S. Terrace Avenue, 830 S. Harris Avenue, and 2221 Safford Avenue (all in Columbus, Ohio).

38.     On August 31, 2020, investigators conducted a controlled buy of approximately one ounce of crystal methamphetamine (26.0 grams as packaged) at 69 S. Terrace Avenue in

Columbus, Ohio utilizing CI#4. CI#4 contacted WHITE to set up the deal and WHITE advised CI#4 to go to the 69 S. Terrace Avenue address to conduct the transaction with the occupants there. CI#4 purchased the methamphetamine from PHILLIPS who was working inside the 69 S. Terrace Avenue drug house.

39.     On September 22, 2020, investigators observed Hispanic female "Marcella" travel and circle several apartment complexes in the area of Hard Road in Columbus, Ohio. Eventually, "Marcella" met with a male in front of an open garage door for one of the apartments. This male observed meeting with "Marcella" had previously been observed meeting with another Hispanic DTO selling heroin back in 2016 in Columbus, Ohio. Surveillance units eventually observed the male exit the rear of "Marcella's" vehicle after a brief meet and she left the area. Based on your affiant's training and experience, as well as knowledge of this case and the past history of the male that "Marcella" met, investigators believe this was a narcotics transaction that took place between the two subjects.

40.     In late September 2020, investigators discovered that WEST and WHITE were now residing at a new location at 89 Bird Street in Gahanna, Ohio. Various GPS phone pings and surveillances confirmed both WEST and WHITE coming and going from this address.

41.     On October 6, 2020, investigators received information from a reliable confidential source in reference to WEST and WHITE operating a new drug house at 779 Chestershire Road in Columbus, Ohio. It was later discovered through surveillance that the correct address for this drug house was actually 776 Chestershire Road.

42.     On October 15, 2020, investigators observed Hispanic female "Marcella" drive to 776 Chestershire Road in Columbus, Ohio. This location was a new drug house being operated by WEST and WHITE. "Marcella" parked in the alley directly behind the residence. While

15

"Marcella" was parked there, numerous people went in the back door of this residence and only stayed for short amounts of time. Surveillance units observed someone walk away from the driver's door of her vehicle where "Marcella" was seated and walk towards the rear door of the residence. Eventually, "Marcella" then left the area in her vehicle. Investigators also conducted surveillance that day at 2221 Safford Avenue in Columbus, Ohio and observed a lot of activity at this residence as well. Surveillance units observed a vehicle make a quick stop at the residence and then immediately leave. Surveillance units followed the vehicle until a marked police cruiser could initiate a traffic stop on the vehicle for a traffic violation on the south side of Columbus, Ohio. The traffic stop resulted in the discovery and seizure of a small amount of "crack" cocaine (approximately one gram) and some drug paraphernalia from the driver of the vehicle. The driver of the vehicle admitted he had just purchased the cocaine from ALLEN at the 2221 Safford Avenue drug house.

43. On November 5, 2020, surveillance units did not see any activity at 776 Chestershire Road in Columbus, Ohio, but did observe a trash bag sitting in the alley behind the residence that matched the other trash bags sitting in a garbage bin on the side of the residence, which was overflowing with trash. Investigators were able to recover trash bag that was abandoned in the back alley and were able to locate evidence of drug use and possible drug trafficking in the trash. Surveillance units also checked 2221 Safford Avenue in Columbus, Ohio and observed activity at this residence consistent with that of drug trafficking based on your affiant's training and experience. Surveillance units also observed ALLEN at the 2221 Safford Avenue residence.

44. On November 13, 2020, surveillance was conducted on WEST at 89 Bird Street in Gahanna, Ohio. WEST and another unidentified female exited the residence and left in WEST's vehicle, and they travelled to 2844 Columbus Avenue in Columbus, Ohio. Vehicles belonging to

WEST and WHITE, along with other possible members of this DTO, have been observed parked at this residence before during this investigation.  The unknown female passenger exited the vehicle and went into the residence while WEST waited in the vehicle.  The unknown female passenger was in the residence for a short period of time before exiting the residence and getting back into the vehicle with WEST.  The vehicle then traveled to 69 S. Terrace Street in Columbus, Ohio, where the unknown female passenger exited the vehicle and went up to the residence.  Surveillance units then began to see vehicles and unknown subjects start to come and go from the residence for short periods of time, indicative of drug trafficking activity.  After dropping the unknown female off at 69 S. Terrace Avenue, WEST left the area and went to 503 Whitethorne Avenue in Columbus, Ohio, where she was observed meeting with two black males.  This was one of the residences personally owned by WEST.  WEST was observed carrying a package into residence.

45.     Throughout November 2020, investigators monitored the location of Hispanic female "Marcella" and her vehicle as it continued to travel to locations known to be meets with drug users.  Electronic surveillance also confirmed her vehicle continuously travelling to the alley behind 69 S. Terrace Avenue in Columbus, Ohio, a known drug house utilized by WEST and WHITE.  In addition, WHITE's phone number was in frequent contact with the phone number for "Marcella."  On November 17, 2020, investigators conducted a traffic stop with a marked police cruiser for a traffic violation on an individual who just visited 69 S. Terrace Avenue for a short amount of time.  The traffic stop resulted in the discovery and seizure of a small amount of fentanyl from one of the occupants of the vehicle.  The individual stated WHITE was inside 69 S. Terrace Avenue and was the one who personally sold him/her the fentanyl.

46.     On November 30, 2020, investigators conducted another controlled buy of approximately an ounce (25.8 grams as packaged) of heroin for $1,000 from Hispanic female "Marcella" in Columbus, Ohio utilizing CI#3.  Investigators conducted surveillance on "Marcella" at 1213 Westdale Drive in Galloway, Ohio before the deal was arranged by CI#3.  CI#3 then placed a recorded call to "Marcella" requesting the ounce of heroin, and "Marcella" stated that she was ready whenever CI#3 was ready to meet.   After the controlled call was placed by CI#3 to "Marcella," MONTES-RAMIREZ arrived at 1213 Westdale Drive in her vehicle, parked in front of the residence, and went into the apartment.   CI#3 placed another recorded phone call to "Marcella" while MONTES-RAMIREZ was inside the apartment advising he/she was ready to meet, and "Marcella" stated she would be there in approximately 20 minutes.   MONTES-RAMIREZ left a short time later, and then "Marcella" also left the apartment in her vehicle and travelled straight to the meet location for the controlled buy with CI#3.   During this controlled buy, "Marcella" informed CI#3 that she was also selling methamphetamine again, if CI#3 was interested in obtaining some of that in the future.

47.     On December 1, 2020, investigators began conducting static electronic surveillance at 5478 Westcott Drive in Columbus, Ohio (residence belonging to MONTES-RAMIREZ).  On December 2, 2020, surveillance video from 5478 Westcott Drive revealed that "Marcella" arrived at that location at approximately 1530 hours.  At approximately 1537 hours, MONTES-RAMIREZ also arrived at 5478 Westcott Drive with several children.  MONTES-RAMIREZ and "Marcella" went inside the residence along with the children.   "Marcella" and MONTES-RAMIREZ both exited the residence at approximately 1539 hours and left the area.   Investigators utilizing electronic tracking of "Marcella's" vehicle monitored the location of her vehicle after she left 5478 Westcott Drive.  Electronic surveillance of "Marcella's" vehicle revealed that it travelled straight

18

to the back alley behind 69 S. Terrace Avenue in Columbus, Ohio, the current drug house operated by WEST and WHITE. In addition, investigators were monitoring phone activity for both "Marcella" and WHITE and noticed WHITE's cellular phone was in communication with "Marcella's" cellular phone via text(s) at approximately 1504 hours. The two phones also communicated via text and voice calls at approximately 1511 hours. "Marcella's" vehicle arrived at 69 S. Terrace Avenue at approximately 1609 hours and there was a final voice call between "Marcella" and WHITE at 1611 hours. Earlier that day, investigators conducted surveillance on 69 S. Terrace Avenue and observed numerous people enter the back door of the residence for short amounts of time and then quickly leave the area, indicative of narcotics trafficking based on your affiant's training and experience.

48. On December 3, 2020, investigators attempted to conduct another controlled buy from Hispanic female "Marcella" with CI#3 for five (5) ounces of methamphetamine for $2,000. "Marcella" initially advised CI#3 that she had to go pick up the methamphetamine first, and then she would meet with CI#3. However, after several hours and numerous phone calls back and forth, CI#3 was advised that they were currently out of methamphetamine, but they were getting another shipment in on Saturday, December 5, 2020.

49. On December 4, 2020, investigators conducted surveillance on 89 Bird Street in Gahanna, Ohio. WHITE was observed leaving the area in previously unidentified vehicle parked in front of the residence and next to WEST's vehicle. WHITE travelled to the "Hilltop" area of Columbus, Ohio and was located parked down the street from 69 S. Terrace Avenue in Columbus, Ohio, a known drug house operated by WEST and WHITE. After WHITE's arrival at 69 S. Terrace Avenue, investigators began to see numerous vehicles and foot traffic to and from the residence indicative of narcotics trafficking based on your affiant's training and experience.

19

## CONCLUSION

50.    Based on the facts set forth in this Affidavit, there is probable cause to believe that **Misha Chay WEST** and **David Deshawn WHITE**, along with others known and unknown, are engaged in a conspiracy to distribute, or possess with intent to distribute, 50 grams or more of methamphetamine in the Southern District of Ohio, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii), and 846.  There is also probable cause to believe **Hispanic female "Marcella,"** along with others known and unknown, are engaged in a conspiracy to distribute, or possess with intent to distribute, 100 grams or more of a mixture or substance containing a detectable amount of heroin in the Southern District of Ohio, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(i), and 846.  There is also probable cause to believe **Brian Keith RAY**, **Wesley Steven PHILLIPS**, and **Alex Joseph ("AJ") ALLEN**, along with others known and unknown, are engaged in a conspiracy to distribute, or possess with intent to distribute, methamphetamine, heroin, cocaine, and fentanyl in the Southern District of Ohio, in violation of Title 21 U.S.C. §§ 841(a)(1) and 846.

Respectfully submitted,

ROBERT KUKOVEC Digitally signed by ROBERT KUKOVEC
Date: 2020.12.07 12:14:45 -05'00'

Robert Kukovec
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me on this __7th__ day of __December__, 2020

_____
Kimberly A. Jolson
United States Magistrate Judge